UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF MICHIGAN

MARGARET GEORGIOU and
GEORGE GEORGIOU, Co-Guardians
for DUSTIN L. WEBB,

     Plaintiff,

v

COUNTY OF IOSCO, IOSCO
COUNTY SHERRIF'S
DEPARTMENT, ROBERT STUDLEY
MAY, D.O., (a/k/a Bob May),

     Defendant.

_____/

Case No.: 2:25-cv-13990-SJM-KGA

Hon.: Stephen J. Murphy, III

DALE M. SMITH (P38619)
Attorney for Plaintiff's
808 east Maple Street
Holly, MI 48442
(248) 634-7831
dmslawyer@att.net

_____/

DAVID C. WIEGEL (P57277)
Attorney for Robert S. May, D.O.
Kitch Attorneys & Counselors
One Woodward Ave., Suite 2400
Detroit, MI 48226
(313) 965-7415
david.wiegel@kitch.com

**DEFENDANT ROBERT STUDLEY MAY, D.O.'S ANSWER TO COMPLAINT, TOGETHER WITH AFFIRMATIVE DEFENSES, and CERTIFICATE OF SERVICE**

NOW COMES the defendant, Robert Studley May, D.O., by and through his attorney, Kitch Attorneys & Counselors, P.C., saving and reserving unto himself all right and manner of benefit and exception to the many insufficiencies and inaccuracies in the plaintiff's Complaint contained, and for his answer thereto, or to so much as he is advised it is necessary or material for him to answer, says:

Kitch Attorneys &
Counselors, PC
ONE WOODWARD
AVENUE, SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

DET02:4534117.v1

1.      Answering paragraph 1, of said Complaint, this defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

2.      Answering paragraph 2, of said Complaint, this defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

3.      Answering paragraph 3, of said Complaint, this defendant neither admits nor denies the allegations contained therein for lack of knowledge or sufficient information upon which to form a belief thereto and leaves the plaintiff to his strict proofs thereof.

4.      Answering paragraph 4, of said Complaint, this defendant neither admits nor denies the allegations contained therein for lack of knowledge or sufficient information upon which to form a belief thereto and leaves the plaintiff to his strict proofs thereof

5.      Answering paragraph 5, of said Complaint, this defendant neither admits nor denies the allegations contained therein for the reason that they have no application to this defendant but leaves the plaintiff to his strict proofs thereof.

6.      Answering paragraph 6, of said Complaint, this defendant neither admits nor denies the allegations contained therein for the reason that they have no application to this defendant but leaves the plaintiff to his strict proofs thereof.

Kitch Attorneys &
Counselors, PC
ONE WOODWARD
AVENUE, SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

2

7.     Answering paragraph 7, of said Complaint, this defendant admits the allegations contained therein.

8.     Answering paragraph 8, of said Complaint, to the extent that this paragraph makes allegations against this defendant, this defendant admits that at the time in question he was working as an emergency room physician.

9.     Answering paragraph 9, of said Complaint, to the extent that this paragraph asserts that defendant county employed this defendant, this defendant denies the allegations for the reasons that they are untrue.

10.     Answering paragraph 10, of said Complaint, this defendant denies the allegations contained therein for the reason that they are untrue.

11.     Answering paragraph 11, of said Complaint, this defendant neither admits nor denies the allegations contained therein for the reason that they have no application to this defendant but leaves the plaintiff to his strict proofs thereof.

12.     Answering paragraph 12, of said Complaint, this defendant neither admits nor denies the allegations contained therein for the reason that they have no application to this defendant but leaves the plaintiff to his strict proofs thereof.

13.     Answering paragraph 13, of said Complaint, to the extent that this paragraph asserts claims of an unprovoked attack by this defendant, this defendant denies the allegations contained therein for the reason that they are untrue.  As to the remainder of the paragraph, this defendant neither admits nor denies the allegations

Kitch Attorneys &
Counselors, PC
ONE WOODWARD
AVENUE, SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

3

DET02:4534117.v1

contained therein in the manner and form alleged and leaves the plaintiff to his strict proofs thereof.

14. Answering paragraph 14, of said Complaint, this defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

15. Answering paragraph 15, of said Complaint, this defendant neither admits nor denies the allegations contained therein in the manner and form alleged and leaves the plaintiff to his strict proofs thereof.

16. Answering paragraph 16, of said Complaint, this defendant neither admits nor denies the allegations contained therein in the manner and form alleged and leaves the plaintiff to his strict proofs thereof.

17. Answering paragraph 17, of said Complaint, this defendant neither admits nor denies the allegations contained therein in the manner and form alleged and leaves the plaintiff to his strict proofs thereof.

18. Answering paragraph 18, of said Complaint, this defendant neither admits nor denies the allegations contained therein in the manner and form alleged and leaves the plaintiff to his strict proofs thereof.

19. Answering paragraph 19, of said Complaint, this defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

Kitch Attorneys & Counselors, PC
ONE WOODWARD AVENUE, SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

4

DET02:4534117.v1

## COUNT I

### Fourth, Fifth, and Fourteenth Amendment Violations

20.    Answering paragraph 20, County I of said Complaint, this defendant repeats and realleges all answers set forth in paragraphs 1 through 19 of this Answer as though set forth in full herein, and the same are adopted by reference.

21.    Answering paragraph 21, Count I of said Complaint, this defendant denies the allegations contained therein for the reason that they are untrue.

22.    Answering paragraph 22, Count I of said Complaint, this defendant denies the allegations contained therein for the reason that they are untrue.

23.    Answering paragraph 23, Count I of said Complaint, this defendant denies the allegations contained therein for the reason that they are untrue.

24.    Answering paragraph 24, Count I of said Complaint, this defendant denies the allegations contained therein for the reason that they are untrue.

25.    Answering paragraph 25, Count I of said Complaint, this defendant denies the allegations contained therein for the reason that they are untrue.

26.    Answering paragraph 26, Count I of said Complaint, this defendant denies the allegations contained therein for the reason that they are untrue.

27.    Answering paragraph 27, Count I of said Complaint, this defendant denies the allegations contained therein for the reason that they are untrue.

Kitch Attorneys &
Counselors, PC
ONE WOODWARD
AVENUE, SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

5

28. Answering paragraph 28, Count I of said Complaint, this defendant denies the allegations contained therein for the reason that they are untrue.

WHEREFORE, this defendant asks that plaintiff's Complaint be dismissed with prejudice, with costs and attorneys' fees to this defendant most unjustly sustained.

## COUNT II

### Eighth Amendment Violations

29. Answering paragraph 29, Count II of said Complaint, this defendant repeats and realleges all answers set forth in paragraphs 1 through 28 of this Answer as though set forth in full herein, and the same are adopted by reference.

30. Answering paragraph 30, Count II of said Complaint, this defendant neither admits nor denies the allegations contained therein as the same call for a legal conclusion and plaintiff is left to his strict proofs thereof.

31. Answering paragraph 31, Count II of said Complaint, this defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

32. Answering paragraph 32, Count II of said Complaint, this defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

Kitch Attorneys &
Counselors, PC
ONE WOODWARD
AVENUE, SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

DET02:4534117.v1

33.     Answering paragraph 33, Count II of said Complaint, this defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

WHEREFORE, this defendant asks that plaintiff's Complaint be dismissed with prejudice, with costs and attorneys' fees to this defendant most unjustly sustained.

Respectfully submitted,

Kitch Attorneys & Counselors, P.C.

/s/ *David C. Wiegel*

By: _____
DAVID C. WIEGEL (P57277)
Attorney for Robert S. May, D.O.
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Dated: February 23, 2026          (313) 965-7414

## AFFIRMATIVE DEFENSES

NOW COME the defendant Robert Studley May, D.O. herein, by its attorneys, Kitch Attorneys & Counselors, P.C., and by way of Affirmative Defenses, state that it will rely upon and insist in its defense and demand reply hereto:

1.     That this defendant states that this court lacks subject matter and/or general jurisdiction and plaintiff's claims in this forum are statutorily barred by P.A. 1975, No. 140, Section l; MCLA 600.5040, and that such written instrument or copy

Kitch Attorneys & Counselors, PC
ONE WOODWARD
AVENUE, SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

7

DET02:4534117.v1

thereof is in the possession of the plaintiff's and is of such a common nature that attachment is unnecessary.

2.      The claim of plaintiff's for breach of express or implied warranty is barred for the reason that plaintiff failed to rely in any way upon the warranties alleged with respect to plaintiff's care and treatment.

3.      Plaintiff failed to make every reasonable effort to mitigate, prevent and/or reduce its alleged damages and injuries.

4.      That the limitation on non-economic damages specified in MCLA 600.1483 is or may become applicable to this matter and that it is the court's obligation under MCLA 600.6098 & MCLA 600.6304 to apply said limitation to any verdict for plaintiff's rendered in this matter.

5.      That any acts performed by defendant herein, its agents or employees were with the consent, express or implied, of the plaintiff.

6.      That plaintiff was advised of and knew the imports of the medical treatment and/or operation to correct the condition of which she was then suffering, and that said medical treatment and/or operation was explained to her both before and after the treatment and/or operation, and that she fully consented thereto.

7.      This defendant denies any alleged contract existing between them and plaintiff other than implied by law, and denies a breach of any contract existing between the parties, and states that any allegations referable to contract are

Kitch Attorneys &
Counselors, PC
ONE WOODWARD
AVENUE, SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

8

DET02:4534117.v1

insufficient with respect to the subject of consideration, and, particularly, said allegations are barred as a matter of law.

8.      That any and all claims of breach of implied and/or expressed contract, or warranty of care, or of specific result are hereby barred and rendered unenforceable pursuant to the provisions of Public Act No. 343 of 1974, MCLA 566.132, Section 2G, being the Michigan Statute of Frauds.

9.      The claim set forth in this Complaint are barred by the applicable statute of limitations or repose, including, but not limited to, MCL 600.5805, MCL 600.5838, MCL 600.5838a, MCL 600.5851 and/or MCL 600.5839.

10.      That any or all named plaintiff's failed to comply with the notice provisions of MCL 600.2912b; MSA 27A.2912b and that plaintiff's action is thus barred; defendant gives notice that it will move for summary disposition.

11.      That any or all named plaintiff's failed to file and serve an Affidavit of Merit required in MCL 600.2912d; MSA 27A.2912d and that plaintiff's action is thus barred; defendant gives notice that it will move for summary disposition.

12.      That any or all named plaintiff's failed to file an Affidavit of Merit which meets the requirements contained in MCL 600.2912d, MSA 27A.2912(4), including, but not necessarily limited to MCL 600.2102, and that plaintiff's action is thus not properly commenced, and is thus barred; defendant gives notice that it will move for summary disposition.

Kitch Attorneys &
Counselors, PC
ONE WOODWARD
AVENUE, SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

9

DET02:4534117.v1

13.     That plaintiff failed to file and serve an affidavit of merit which meets the requirements contained in MCL 600.2912d in that plaintiff's expert is not qualified under MCL 600.2169 by knowledge, training, skill, experience, and/or certification with respect to defendant and any and all alleged employees or agents whose acts or omissions are at issue in this action.

14.     Plaintiff claims are barred in whole or in part by the applicable provisions, limitations, and protections of the Tort Reform Acts, including 1986 PA 178, 1993 PA 78, 1995 PA 161, and 1995 PA 249.

15.     That plaintiff's claim for non-economic damages is barred for the reason that plaintiff-decedent's percentage of comparative fault is greater than the aggregate fault of the defendant and non-parties hereto, pursuant to MCL 600.2959.

16.     That plaintiff's claim for economic damages shall be reduced by the percentage of comparative fault of plaintiff's decedent, pursuant to MCL 600.2959, and MCL 600.6306.

17.     Plaintiff's claims related to organ donating are barred by statutory immunity pursuant to MCL 333.10108.

18.     Plaintiff is barred from recovery of all or part of the economic loss claimed pursuant to the statutory collateral source provisions, including but not limited to MCL 600.6303 through MCL 600.6306.

Kitch Attorneys & Counselors, PC
ONE WOODWARD AVENUE, SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

10

DET02:4534117.v1

19.     Any alleged damages sustained by the plaintiff were proximately caused, all or in part, by plaintiff's fault and/or misconduct and any recovery must, therefore, be barred, diminished or reduced pursuant to law including but not limited to the common law, MCL 600.2955a and/or 600.2959.

20.     Any alleged damages sustained by plaintiff were proximately caused, all or in part by the fault and/or misconduct of plaintiff's decedent and/or the beneficiaries of the estate, and any recovery must therefore be barred, diminished or reduced pursuant to law, including but not limited to the common law, MCL 600.2925 and/or MCL 600.2959.

21.     Plaintiff's claims are barred by governmental immunity pursuant to MCL 691.1401 through MCL 691.1407, as they arose out of the performance of a governmental function by a governmental agency and/or the performance of such a function by an agent or employee of a governmental agency while acting within the course and scope of said employment or agency and, as applicable, engaged in discretionary activities.

22.     Any alleged damages sustained by the plaintiff were proximately caused, all or in part, by plaintiff's negligence and/or misconduct and any recovery must, therefore, be barred, diminished or reduced pursuant to law including but not limited to the common law, MCL 600.2955a and/or 600.2959.

Kitch Attorneys & Counselors, PC
ONE WOODWARD AVENUE, SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

11

DET02:4534117.v1

23.    That defendant affirmatively asserts his/her/its Federal and State Constitutional Rights and specifically directs the attention of this Court to the First and Fourteenth Amendments to the United States Constitution and Article I, Section 5 of the Michigan Constitution of 1963.

Respectfully submitted,

Kitch Attorneys & Counselors, P.C.

/s/ *David C. Wiegel*

By: _____

DAVID C. WIEGEL (P57277)
Attorney for Robert S. May, D.O.
One Woodward Avenue, Suite 2400
Detroit, MI 48226
(313) 965-7414

Dated: February 23, 2026

CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Dale M. Smith.

Kitch Attorneys & Counselors, P.C.

/s/ *David C. Wiegel*

_____
DAVID C. WIEGEL (P57277)
Attorney for Robert S. May, D.O.
One Woodward Avenue, Suite 2400
Detroit, MI 48226
(313) 965-7414

Kitch Attorneys &
Counselors, PC
ONE WOODWARD
AVENUE, SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

12

DET02:4534117.v1