## Index of Exhibits

| Exhibit | Title/Description |
| --- | --- |
| A | Iosco Answer to Request to Admit |
| B | Police Report #1 from 1/3/23 |
| C | Police Report #2 from 1/3/23 |
| D | Hospital ER Records 1/3/23 |
| E | Plaintiff's Witness List |

DET02:4693042.v1