# EXHIBIT A

DET02:1748241.1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MARGARET GEORGIOU and
GEORGE GEORGIOU, Co-Guardians
for DUSTIN L. WEBB,

Plaintiffs,

v.

COUNTY OF IOSCO, IOSCO COUNTY SHERIFF'S
DEPARTMENT, ROBERT STUDLEY MAY, D.O. (a/k/a Bob May),

Defendants.

Case No.: 25-cv-13990
Hon. Stephen J. Murphy, III
Mag. Kimberly G. Altman

| | |
|---|---|
| DALE M. SMITH (P38619)<br>Attorney for Plaintiffs<br>808 East Maple Street<br>Holly, MI 48442<br>(248) 634-7831<br>dsmlawyer@att.net | TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, P.L.C.<br>Attorney for County of Iosco and Iosco<br>County Sheriff's Department<br>19176 Hall Road, Suite 205<br>Clinton Township, MI  48038<br>(586) 228-5600<br>tferrand@cmda-law.com<br>tlange@cmda-law.com<br><br>DAVID C. WIEGEL (P57277)<br>Kitch Attorneys & Counselors<br>Attorney for Robert S. May, D.O.<br>One Woodward Avenue, Suite 2400<br>Detroit, MI 48226<br>(313) 965-7415<br>David.wiegel@kitch.com<br>cheree.johnson@kitch.com |

## DEFENDANTS IOSCO COUNTY AND IOSCO COUNTY SHERIFF'S DEPARTMENT'S ANSWERS TO CO-DEFENDANT ROBERT S. MAY, D.O.'S REQUESTS TO ADMIT

Defendants, IOSCO COUNTY and IOSCO COUNTY SHERIFF'S

DEPARTMENT, by and through their attorneys, CUMMINGS, McCLOREY,

DAVIS & ACHO, PLC, for their Answers to Co-Defendant Robert May, D.O.'s Requests to Admit, provide as follows:

1.     Please admit that Defendant Robert May, D.O. is not and has never been an employee of the County of Iosco.

**ANSWER:**

> **Defendants Admit.**

2.     Please admit that the Defendant Robert May, D.O. is not and has never been an employee of the Iosco County Sheriff Department.

**ANSWER:**

> **Defendants Admit.**

3.     Please admit that defendant Robert May, D.O. does not and has never had a contractual relationship with either the County of Iosco or the Iosco County Sheriff Department.

**ANSWER:**

> **Defendants Admit.**

Respectfully Submitted,

*Cummings, McClorey, Davis & Acho, PLC*

By:   /s/ TIMOTHY S. FERRAND
        TIMOTHY S. FERRAND (P39583)
        Attorney for County of Iosco and Iosco
        County Sheriff's Department
        19176 Hall Road, Suite 205
        Clinton Township, MI 48038
Dated: May 19, 2026         (586) 228-5600