# EXHIBIT B

**Tawas City Police Department --(989) 362-8680**
**1175 W. Lake Street, Tawas City, MI 48763**

Incident No:   **23-77400002**

Status:   **Closed**

| | | | |
|---|---|---|---|
| Date Reported: | **Tue 01/03/2023 14:10:00** | | |
| Dispatch Time: | Arrival Time: | Clear Time: | |
| Officers:   **KIRBY, BRANDEN** | Detective: | Crime Scene Unit: | |
| Classification:   **GENERAL NON-CRIMINAL -- (99009)** | | | |
| Location:   **228 6TH AVENUE, TAWAS CITY** | | Section / Nbh:   **/** | |
| Description:   **WEBB/** ▓ | | Entered:   **KIRBY** | |

**Other: (99009 GENERAL NON-CRIMINAL)**

**WEBB, DUSTIN, LLOYD**      DOB: ▓   Age: **28**

Race:   **White**      Sex:   **Male**      Ethnicity: **Unknown**

| **INITIAL INCIDENT** | **Reporting Officer: KIRBY, BRANDEN** | 01/03/23 |
|---|---|---|

VENUE:
228 6th Avenue
Tawas City
Iosco County
State of Michigan

INFORMATION:
On January 3, 2023 at approximately 1410 hours I, Sgt. Kirby, was dispatched to above venue in reference to a mental issue dealing with medication. Upon arrival I made contact with Dustin Lloyd Webb ▓ and his mother Margaret. Dustin was directed into the house and I spoke with Margaret outside. While speaking with Margaret, she had an attorney on the phone that was attempting to get an order for ▓ for Dustin.

CONTACT WITH DUSTIN LLOYD WEBB:
Dustin advised that he attempted to delay his ▓ by a few days so he could go to Detroit. Dustin advised that he was not suicidal and did not want to hurt himself, or anyone else. Dustin did observe signs that he was ▓, that was consistent with Margaret advising he was ▓.
Dustin was transported by request to ▓, so he could receive his ▓. While at ▓, a court order for ▓ was received from Iosco County Probate, signed by Judge Martin on this date.

Dustin was transported to ▓ for the ▓. Dustin did advise that he did not want to be ▓ to any other ▓ but was otherwise compliant at the time. ▓ advised that they were comfortable with Officers leaving and would contact if Dustin's demeanor changed.

STATUS:
Closed
(23-77400003 ▓ )

_____
Sgt. B. Kirby

| | | | | |
|---|---|---|---|---|
| Reported By: | KIRBY, BRANDEN | | | |
| Page   1   of   2 | | Printed   By:   KLOSOWSKI-LORENZ, MATTHEW | Date: | 03/25/2026 |

Incident No:   **23-77400002**

Tawas City Police Department