# EXHIBIT C

**DUSTIN L. WEBB | M | 07/06/1994**
**MRN: 587210 | Account #: 519613646**
**Altera Sunrise**

**Print Date & Time: 5/28/26, 4:30 PM EDT**

## Demographics:

## Documents

| Visit ID | Date | Time | Service Date | Service Time | Document Name | Document Status | Header Text |
|---|---|---|---|---|---|---|---|
| 51961364 6 | 03/20/2023 | 09:08 | 01/03/2023 | 19:40 | ED Disposition Note | Complete | ED Disposition Note [Charted Location: TAW-HospSvc-TED][Date of Service: 03 Jan 23 19:40][Authored: 2023-03-20 09:08] for Visit: 519613646, Complete, Entered, Signed in Full, General |

### More Info

| Revision Status | Entered | Signature Status | Signed in Full | Document Category | General |
|---|---|---|---|---|---|
| Authored By | Brettrager, Ashley (Registered Nurse) | Authored Date | 03/20/2023 | Specialty | |
| Master Category | Emergency | Subcategory | Nursing | Entry Type | Structured Note |
| Entered By | | Entered Date | 03/20/2023 | Entered Time | 09:13 |
| Last Updated By | | Last Updated Date | 03/20/2023 | Last Updated Time | 09:13 |

### Document History

| When Date | When Time | Who | Document Status | Revision Status | Signature Status | Reason |
|---|---|---|---|---|---|---|
| 03/20/2023 | 09:13 | Brettrager, Ashley | Complete | Entered | Signed in Full | |

### Authored By

| Provider Name | Occupation |
|---|---|
| Brettrager, Ashley | Registered Nurse |
| May, Bob Studley | DO |
| Parsons, David L | DO |
| Parsons, David L | DO |

| Visit ID | Date | Time | Service Date | Service Time | Document Name | Document Status | Header Text |
|---|---|---|---|---|---|---|---|
| 51961364 6 | 01/03/2023 | 16:57 | 01/03/2023 | 16:57 | ED Provider Note | Complete | ED Provider Note [Charted Location: TAW-HospSvc-TED][Date of Service: 03 Jan 23 16:57][Authored: 2023-01-03 16:57] for Visit: 519613646, Complete, Revised, Signed in Full, General |

### More Info

| Revision Status | Revised | Signature Status | Signed in Full | Document Category | General |
|---|---|---|---|---|---|
| Authored By | Parsons, David L (DO) | Authored Date | 01/03/2023 | Specialty | Emergency Medicine |
| Master Category | Emergency | Subcategory | Physician | Entry Type | Structured Note |
| Entered By | | Entered Date | 01/03/2023 | Entered Time | 17:04 |
| Last Updated By | | Last Updated Date | 01/03/2023 | Last Updated Time | 19:32 |

### Document History

| When Date | When Time | Who | Document Status | Revision Status | Signature Status | Reason |
|---|---|---|---|---|---|---|
| 01/03/2023 | 19:32 | May, Bob Studley | Complete | Revised | Signed in Full | Edit |
| 01/03/2023 | 19:02 | May, Bob Studley | Incomplete | Revised | Signed in Full | Edit |
| 01/03/2023 | 18:42 | May, Bob Studley | Incomplete | Revised | Signed in Full | Edit |
| 01/03/2023 | 18:07 | Parsons, David L | Incomplete | Revised | Signed in Full | Edit |
| 01/03/2023 | 17:04 | Parsons, David L | Incomplete | Entered | Signed in Full | |

**DUSTIN L. WEBB | M | 07/06/1994**
**MRN: 587210 | Account #: 519613646**
**Altera Sunrise**                                                    **Print Date & Time: 5/28/26, 4:30 PM EDT**

## Authored By

| Provider Name | Occupation |
|---|---|
| Brettrager, Ashley | Registered Nurse |
| May, Bob Studley | DO |
| Parsons, David L | DO |
| Parsons, David L | DO |

| Visit ID | Date | Time | Service Date | Service Time | Document Name | Document Status | Header Text |
|---|---|---|---|---|---|---|---|
| 51961364 6 | 01/03/2023 | 17:01 | 01/03/2023 | 17:01 | ED Triage Note v2 | Complete | ED Triage Note v2 [Charted Location: TAW-HospSvc-TED][Date of Service: 03 Jan 23 17:01][Authored: 2023-01-03 17:01] for Visit: 519613646, Complete, Entered, Signed in Full, General |

## More Info

| | | | | | |
|---|---|---|---|---|---|
| Revision Status | Entered | Signature Status | Signed in Full | Document Category | General |
| Authored By | Brettrager, Ashley (Registered Nurse) | Authored Date | 01/03/2023 | Specialty | |
| Master Category | Emergency | Subcategory | Nursing | Entry Type | Structured Note |
| Entered By | | Entered Date | 01/03/2023 | Entered Time | 17:07 |
| Last Updated By | | Last Updated Date | 01/03/2023 | Last Updated Time | 17:07 |

## Document History

| When Date | When Time | Who | Document Status | Revision Status | Signature Status | Reason |
|---|---|---|---|---|---|---|
| 01/03/2023 | 17:07 | Brettrager, Ashley | Complete | Entered | Signed in Full | |

## Authored By

| Provider Name | Occupation |
|---|---|
| Brettrager, Ashley | Registered Nurse |
| May, Bob Studley | DO |
| Parsons, David L | DO |
| Parsons, David L | DO |

**DUSTIN L. WEBB | M | 07/06/1994**
**MRN: 587210 | Account #: 519613646**
**Altera Sunrise**                                                    **Print Date & Time: 5/28/26, 4:30 PM EDT**

## Documents

**DUSTIN L. WEBB | M | 07/06/1994**
**MRN: 587210 | Account #: 519613646**
**Altera Sunrise**                                                **Print Date & Time: 5/28/26, 4:30 PM EDT**

---

**Patient Instructions:**
Diagnostic Impression (Coded Discharge Dx is REQUIRED to complete this note):
    **Discharge Dx:**
      ·      **Acute psychosis**: ICD-9: 298.9, ICD-10: F23

**Prescriptions:**
*\* Incomplete Medication History as of 08-04-2022 10:50 documented in Structured Notes*
**Launch Outpatient Medication Review:**
· **Outpatient Medications**    Current Medications
      1. dicyclomine 20 mg oral tablet : 1 tab(s) orally every 8 hours prn abdominal pain
      2. Haldol Decanoate 50 mg/mL intramuscular solution : intramuscular once a month
      3. ketorolac 10 mg oral tablet : 1 tab(s) orally 3 times a day prn pain

**Disposition:**
· **Disposition**      Other
· **Other Disposition:**      Discharge to Court/Law Enforcement
· **Patient Mobility**      Ambulates without assistance
· **IV Removed**      N/A
· **Foley Removed**      N/A

**Departure:**
· **Discharge Order Time**      01-03-2023 19:32
· **Departure Date and Time**      01-03-2023 19:40

**Comments:**
**Crisis Hotline Numbers:**
· **Human Trafficking**    National Human Trafficking Resource Center: 1-888-373-7888 or text BeFree (233733)
**Hotline**
· **Poison Control Center** Poison Control Center 1-800-222-1222
· **Tobacco Hotline**    National Hotline 1-800-QUIT-NOW
**Number**    Online support -   www.tobaccofree.org
· **Substance Abuse**    Substance Abuse and Mental Health Services Administration National Helpline: 1-800-662-HELP (4357) or
**Helpline**    1-800-487-4889 (TTY)
    Online Support - https://findtreatment.samhsa.gov/

**Electronic Signatures:**
Brettrager, Ashley (Registered Nurse)   (Signed 03-20-2023 09:13)
      *Authored: Patient Instructions, Disposition, Departure, Comments*

*Last Updated: 03-20-2023 09:13 by Brettrager, Ashley (Registered Nurse)*

**DUSTIN L. WEBB | M | 07/06/1994**
**MRN: 587210 | Account #: 519613646**
**Altera Sunrise**                                      **Print Date & Time: 5/28/26, 4:30 PM EDT**

**Covid Screen:**
**COVID-19 Screen**                                                                                     Able to
                                                                                                        assess patient
Have you recently tested positive for COVID-19?                                                         NO
Have you had a recent known exposure to COVID-19? (defined as un-masked close contact, less than 6 ft, for   NO
greater than 15 minutes with an individual with confirmed or suspected case of COVID-19)
Have you had a fever >99.5 (37.5 Celsius), NEW or CHANGING cough, shortness of breath, nasal             NO
drainage/congestion or sore throat?
Do you have a NEW loss of taste or smell?                                                               NO
Are you experiencing extreme fatigue, muscle/body aches or headache, more frequent than normal?         NO
Have you had nausea/vomiting or diarrhea, more frequent than normal?                                    NO

**Vital Signs:**
Vital Signs: Temp (degrees F) ,98.8
 Temp (degrees C) ,37.1
 Temperature ,temporal
 Heart Rate (beats/min) ,100
 Respiration (breaths/min) ,18
 SpO2 (%) ,98
 BP Systolic (mm Hg) ,148
 BP Diastolic (mm Hg) ,109
 BP Mean (mm Hg) ,122
 Admission Weight (kg) ,100
 Admission Weight (lbs) ,220.462
 Height (cm) ,190

**Allergies/Home Medications:**
**Allergies:**
Allergy:
 - Invega; (Drug) Other See Desc
 - Latex; (Contact) Unknown; Contact Dermati
 - penicillin; (Drug) Hives

**Home Medications:**
**Home Medications:**
Current Home Medications
1. Haldol Decanoate 50 mg/mL intramuscular solution : intramuscular once a month

**History of Present Illness:**
**Exam Time:**
· **Registration/Earliest Arrival Time**                                01-03-2023 16:37
· **First Bed Assignment Time**                                         01-03-2023 16:54
· **First Provider Board Assignment Time**                              01-03-2023 16:39
· **Exam Time**                                                         01-03-2023 16:55

**Chief Complaint:** Mental health evaluation
**Additional Medical History:**
28-year-old male presents emergency department in no acute distress and protective custody of PD. Apparently there is a court order for him to get a
mental health evaluation by a SVM H. The officer states that he took him to get his shot of bipolar medicine which she received today. Then they got
the court order to pick him up and have him evaluated for mental health reasons. He states he is not suicidal not homicidal. He says he has not had
any mental health complaints and does not know why he has to be in the ER being evaluated. He also has a history of anxiety depression panic
disorder fibromyalgia asthma and a cardiac arrhythmia that not otherwise specified.
**Denies Symptoms:** no agitation/ no anxiety/ no chest pain/ no chills/ no confusion/ no depression/ no eye redness/ no fever/ no
hallucinations/ no headache/ no homicidal ideas/ no injury/ no nausea/ no polydipsia/ no polyuria/ no rash/ no shortness of breath/ no
substance abuse/ no suicidal ideas/ no swollen glands/ no URI symptoms/ no UTI symptoms/ no vomiting

**Review of Systems:**
**ROS Obtained:**
I obtained the review of systems Yes.

**Constitutional:**
· **Fever**                                       no fever
· **chills**                                      no chills

**Eyes:**

| · **Eye Redness** | no eye redness |
|---|---|

**ENT:**
· **URI symptoms**                    no URI symptoms

**Cardiovascular:**
· **chest pain**                    no chest pain

**Respiratory:**
· **shortness of breath**                    no shortness of breath

**GI:**
· **abdominal pain**                    no abdominal pain

· **nausea**                    no nausea

· **vomiting**                    no vomiting

**GU:**
· **UTI symptoms**                    no UTI symptoms

**Musculoskeletal:**
· **injury**                    no injury

**Skin:**
· **rash**                    no rash

**Neurologic:**
· **headache**                    no headache

**Endocrine:**
· **polyuria**                    no polyuria

· **polydipsia**                    no polydipsia

**Hemo/Lymphatic:**
· **swollen glands**                    no swollen glands

· **swollen nodes**                    no swollen nodes

**Psychiatric:**
· **anxiety**                    no anxiety

· **substance abuse**                    no substance abuse

· **suicidal ideas**                    no suicidal ideas

· **homicidal ideas**                    no homicidal ideas

· **depression**                    no depression

· **agitation**                    no agitation

· **hallucinations**                    no hallucinations

· **confusion**                    no confusion

**Past Medical/Surgical/Family/Social History:**

| Type | Health Issue | Description | ICD-9 | ICD-10 | SNOMED CT |
|---|---|---|---|---|---|
| Past Medical Hx | **History of anxiety disorder** | Identified from the Pre Admission Testing Note entered by Newenhouse, Whitney (Registered Nurse) | V11.8 | Z86.59 | 161464003 |
| Past Medical Hx | **History of depression** | Identified from the Pre Admission Testing Note entered by Newenhouse, Whitney (Registered Nurse) | V11.8 | Z86.59 | 161464003 |
| Past Medical Hx | **History of panic disorder** | Identified from the Pre Admission Testing Note entered by Newenhouse, Whitney (Registered Nurse) | V62.9 | Z65.8 | 365448001 |
| Past Medical Hx | **History of Cardiac Arrhythmia** | Identified from the Pre Admission Testing Note entered by Newenhouse, Whitney (Registered Nurse) | V12.59 | Z86.79 | 266995000 |
| Past Medical Hx | **History of hypothyroidism** | Identified from the Pre Admission Testing Note entered by Newenhouse, Whitney (Registered Nurse) | V12.29 | Z86.39 | 312850006 |
| Past Medical | **Left ear hearing loss** | Identified from the Pre Admission Testing Note entered by Newenhouse, Whitney (Registered | 389.9 | H91.92 | 1088891000119106 |

**DUSTIN L. WEBB | M | 07/06/1994**
**MRN: 587210 | Account #: 519613646**
**Altera Sunrise**                                                    **Print Date & Time: 5/28/26, 4:30 PM EDT**

| Hx | | Nurse) | | | |
|---|---|---|---|---|---|
| Past Medical Hx | **Hearing loss in right ear** | Identified from the Pre Admission Testing Note entered by Newenhouse, Whitney (Registered Nurse) | 389.9 | H91.91 | 1091501000119106 |
| Past Medical Hx | **History of concussion** | Identified from the Pre Admission Testing Note entered by Newenhouse, Whitney (Registered Nurse) | V15.52 | Z87.820 | 88611000119100 |
| Past Medical Hx | **History of migraine** | Identified from the Pre Admission Testing Note entered by Newenhouse, Whitney (Registered Nurse) | V12.49 | Z86.69 | 312850006 |
| Past Medical Hx | **Tonsillitis** | Identified from the Pre Admission Testing Note entered by Newenhouse, Whitney (Registered Nurse) | 463 | J03.90 | 17741008 |
| Past Medical Hx | **History of anemia** | Identified from the Pre Admission Testing Note entered by Newenhouse, Whitney (Registered Nurse) | V12.29 | Z86.2 | 312850006 |
| Past Medical Hx | **History of fibromyalgia** | Identified from the Pre Admission Testing Note entered by Newenhouse, Whitney (Registered Nurse) | V13.59 | Z87.39 | 267004000 |
| Past Medical Hx | **History of asthma** | Identified from the Pre Admission Testing Note entered by Newenhouse, Whitney (Registered Nurse) | V12.69 | Z87.09 | 161523006 |
| Past Surg Hx | **History of hernia repair** | Identified from the ED Triage Note entered by McKinney, Jennifer (Registered Nurse) | V45.89 | Z98.890 | 128926000 |
| Family History | **Family History unknown/unobtainable** | Family History unknown/unobtainable | | | |

**Physical Exam:**
**Physical Examination:**
· **Physical Exam Comments:** Vital signs reviewed as documented.

HEENT reveals normocpehalic atraumatic head, PERRL, EOMI, throat is nonerythematous
Trachea is midline, airway appears intact

Musculoskeletal exam shows a stable pelvis and no deformities of the extremities
Skin is warm and dry with no rashes noted
Neuro exam is nonfocal
· **Vital Signs::** BP Systolic (mm Hg): 148 BP Diastolic (mm Hg): 109 Heart Rate (beats/min): 100 Respiration (breaths/min): 18 Temp (degrees F): 98.8 SpO2 (%): 98
· **I have reviewed:** vital signs  RN notes
· **General:** alert & oriented X3  comfortable

**Orders:**
**Orders:**
· **Urinalysis with Culture if indicated,  Source: CCMS (CCMS), Unit Collect, STAT   Order ID: 001GFWQDS,** 01-03-2023, Pending Collection, Standard
· **Urine Drug Screen, Unit Collect, STAT   Order ID: 001GFWQDY**, 01-03-2023, Pending Collection, Standard
· **Complete Blood Count, STAT   Order ID: 001GFWQDV**, 01-03-2023, Pending Collection, Standard
· **Comprehensive Metabolic Panel, STAT   Order ID: 001GFWQDW**, 01-03-2023, Pending Collection, Standard
· **Ethanol Level, Serum, STAT   Order ID: 001GFWQDX**, 01-03-2023, Pending Collection, Standard

**Clinical Course:**
· **ED Clinical Course** Patient reluctantly agrees for blood draw and urine collection for evaluation by mental health.
7:01 PM Case taken over from Dr. Parsons at shift change.  Mental health evaluated the patient and does believe he is in need of placement secondary to worsening delusions and increased agitation.  Placement is currently in process. 7:25 PM mental health made the decision to place the patient.  I entered the room and sat down next to the patient to explain the process.  As soon as I informed him that he was going to be placed by court order, the patient spit in my face and sucker punched me in the left eye.  Patient continued to attempt to assault me as I was defending myself progressively.  Please ended up showing up and taking the patient to jail.  A police report was made.

**Disposition:**

· **Acute psychosis** (F23): Entered Date: 01-03-2023 19:31, ICD-10: F23

**Outpatient Medications:**
· **Home Medications**

**DUSTIN L. WEBB | M | 07/06/1994**
**MRN: 587210 | Account #: 519613646**
**Altera Sunrise**

**Print Date & Time: 5/28/26, 4:30 PM EDT**

---

Current Home Medications
1. Haldol Decanoate 50 mg/mL intramuscular solution : intramuscular once a month

**Prescriptions:**
***Outpatient Medication Status not yet specified**

**Medication Reconciliation:**
Med Rec I have made a good faith effort to review this patient's home medications.  In addition, I have reviewed all medications given during this visit and all new prescriptions.

**Crisis Hotline Numbers:**

| | |
|---|---|
| · **Suicide Hotline Number** | After you leave the hospital, if at any time you feel unsafe and might hurt yourself or others, call 911 or go to the nearest Emergency Room. |

Call, Chat or Text using the information below to  connect to trained counselors who will talk with you and can also connect you with resources near your home:

National Suicide & Crisis Lifeline: Dial 988
Deaf/Hard of Hearing National Suicide & Crisis Lifeline number: For TTY Users use your preferred relay service or dial 711 then 988.
National Suicide & Crisis Chat Line: Go to: https://988lifeline.org/chat/
Veterans Crisis Line: Send a text message to 838255
Veterans Crisis Chat Line: Go to  https://www.veteranscrisisline.net/get-help-now/chat/ National Crisis Text Line: Text HOME to 741741

· **Human Trafficking Hotline** National Human Trafficking Resource Center: 1-888-373-7888 or text BeFree (233733)

· **Poison Control Center** Poison Control Center 1-800-222-1222

· **Tobacco Hotline Number** National Hotline 1-800-QUIT-NOW
Online support -  www.tobaccofree.org

· **Substance Abuse Helpline** Substance Abuse and Mental Health Services Administration National Helpline: 1-800-662-HELP (4357) or 1-800-487-4889 (TTY)
Online Support - https://findtreatment.samhsa.gov/

**Disposition:**
· **Disposition:** Other

· **Other Disposition::** Discharge to Court/Law Enforcement

**Condition on Discharge:**
· **Discharge Condition**                                                                                         stable

**Fax/Follow-up with the following:**
·       **Parsons, David L**(Referring): Group Practice Location: 50 N Perry Street, Pontiac, Michigan 48342-0000, Work, 248 338-5129
·       **UnKnown, 805033**(Primary Care):

**Documentation Review:**
Documentation reviewed and is complete.

· **MEDIC Site ID**                                                                                         7303

**Electronic Signatures:**
**May, Bob Studley (DO)** (Signed 01-03-2023 19:32)
        *Authored: History of Present Illness, Clinical Course, Disposition, Documentation Review*
**Parsons, David L (DO)** (Signed 01-03-2023 18:07)
        *Authored: Covid Screen, Vital Signs, Allergies/Home Medications, History of Present Illness, Review of Systems, Past Medical/Surgical/Family/Social History, Physical Exam, Orders, Clinical Course, Disposition, MEDIC Site ID*

*Last Updated: 01-03-2023 19:32 by May, Bob Studley (DO)*

**DUSTIN L. WEBB | M | 07/06/1994**
**MRN: 587210 | Account #: 519613646**
**Altera Sunrise**                                                    **Print Date & Time: 5/28/26, 4:30 PM EDT**

**Covid Screen:**
**COVID-19 Screen**                                                                                      Able to
                                                                                                        assess patient
**Have you recently tested positive for COVID-19?**                                                      NO
**Have you had a recent known exposure to COVID-19? (defined as un-masked close contact, less than 6 ft, for**  NO
**greater than 15 minutes with an individual with confirmed or suspected case of COVID-19)**
**Have you had a fever >99.5 (37.5 Celsius), NEW or CHANGING cough, shortness of breath, nasal**          NO
**drainage/congestion or sore throat?**
**Do you have a NEW loss of taste or smell?**                                                             NO
**Are you experiencing extreme fatigue, muscle/body aches or headache, more frequent than normal?**       NO
**Have you had nausea/vomiting or diarrhea, more frequent than normal?**                                  NO

**COVID Mask:**
· **Mask applied to patient**                                                                      Yes

**COVID-19 Vaccine:**
· **Have you received a COVID-19 vaccination?**                                                           No

**Arrival:**
· **Mode/Method of Arrival/Transport**                                        Police, Walk-in
· **Arrived From**                                                            Court Ordered
· **Triage location**                                                         Tawas

**Chief Complaint:**
Chief Complaint MHE.

**Language Preferences:**
· **Preferred Spoken Language**                                                      English

**Glasgow Coma Scale Adult:**
· **Verbal Response**                                                                (V5) oriented
· **Eye Opening**                                                                    (E4) spontaneous
· **GCS ***if patient intubated/unconscious/preverbal, carefully evaluate motor response, most**    bilateral  (M6) obeys
**important component of scale****                                                   commands
· **GCS Score**                                                                      15

**Vital Signs:**
· **Temp (degrees F)**                                     98.8 degrees F
· **Temp (degrees C)**                                     37.1 degrees C
· **Temperature**                                          temporal
· **Heart Rate (beats/min)**                               100 bpm
· **Respiration (breaths/min)**                            18
· **BP Systolic (mm Hg)**                                  ↑ 148 mm Hg
· **BP Diastolic (mm Hg)**                                 ↑ 109 mm Hg
· **BP Mean (mm Hg)**                                      ↑ 122 mm Hg
· **SpO2 (%)**                                             98 %
· **Oxygen Delivery Device**                               room air
· **Admission Weight (kg)**                                100 kg
· **Admission Weight (lbs)**                               220.462 lb
· **Height**                                               stated
· **Weight Type**                                          stated
· **Height (cm)**                                          190 cm
· **Height (Inches)**                                      74.8 Inch(s)
· **Feet**                                                 6
· **Inches**                                               2.8
· **BMI (kg/m2)**                                          27.7
· **BSA (m2)**                                             2.28 M2

**DUSTIN L. WEBB | M | 07/06/1994**
**MRN: 587210 | Account #: 519613646**
**Altera Sunrise**                                                              **Print Date & Time: 5/28/26, 4:30 PM EDT**

· **Daily Weight (kg)**                                                          100 kg
· **Daily Weight (lbs)**                                                         220.462 lb

**Classification:**
· **Triage/Acuity/ESI Level**                                                                      3

**Launch Outpatient Medication Review:**
· **Outpatient Medications**          Current Medications
                                      1. dicyclomine 20 mg oral tablet : 1 tab(s) orally every 8 hours prn abdominal pain
                                      2. Haldol Decanoate 50 mg/mL intramuscular solution : intramuscular once a month
                                      3. ketorolac 10 mg oral tablet : 1 tab(s) orally 3 times a day prn pain

**Medical History:**
· **Medical**          anxiety, asthma, autism, bipolar disorder, depression, Asperger's syndrome, fibromyalgia/ GERD/ hypertension/
**History**            Hashimoto's/ schizophrenia, thyroid disease

**Surgical History:**

**Surgical History:**
· **Surgical History**                                                          hernia repair

**Allergy, Intolerance, Adverse Event:**
   **Allergies:**
·             penicillin: Drug, Hives, Active, 10-12-2018 08:05
·             Invega: Drug, Other See Desc, agitation, Active, 07-28-2022 18:14
·             Latex: Contact, Unknown, Contact Dermati, Active, 12-27-2021 10:17

**Allergy Review:**
· **I have addressed and/or reviewed this patient's allergies**              Yes, specific allergies entered on patient

**Assessment:**
· **Airway**                          patent
· **Breathing**                       normal
· **Circulation**                     pink
· **Skin**                            warm, dry
· **Mental Status (Adult)**           alert; oriented to time, place and person
· **Capillary Refill**                < or = 3 seconds

**Morse Fall Scale:**
· **History of Falling**                                    (0) no
· **Morse Secondary Diagnosis**                             (15) yes
· **Morse Ambulatory Aid**                                  (0) none/bedrest/nurse assist
· **Morse IV or IV Access**                                 (0) no
· **Morse Gait**                                            (0) normal/bedrest/wheelchair
· **Morse Mental Status**                                   (0) knows own limits
· **Morse Total Score**                                     15
· **Morse Risk Level**                                      Low Risk

**ED ABUSE SCREENING:**
**Are There Any Signs or Reports of Abuse?:** No

**Columbia-Suicide Severity Rating Scale (C-SSRS):**
**Behavioral Health Indicators**                            Anxiety/Panic Attacks, Altered mental status,
                                                            Anger/Aggressive/Assaultive/Violent, Command Hallucinations (Auditory
                                                            and/or Visual)
**1. Have you wished you were dead or wished you**          No
**could go to sleep and not wake up? (In the last**
**month)**
**2. Have you actually had any thoughts of killing**       No
**yourself? (In the last month)**
**6. Have you ever done anything, started to do**          No
**anything, or prepared to do anything to end your**
**life?**

**DUSTIN L. WEBB | M | 07/06/1994**
**MRN: 587210 | Account #: 519613646**
**Altera Sunrise**                                             **Print Date & Time: 5/28/26, 4:30 PM EDT**

**ID Bands:**
 · **Arm band**                                                                          yes

**Electronic Signatures:**
**Brettrager, Ashley (Registered Nurse)**   (Signed 01-03-2023 17:07)
         *Authored: Infectious Disease Screening, Covid Screen, Arrival/Presentation, Other Screening,*
   *Vitals/O2/Measurements, Triage Presenting Complaint, Outpatient Medications, Past Medical/Social History, History,*
   *Assessment/Screening, Columbia-Suicide Severity Rating Scale (C-SSRS), Triage Interventions*

*Last Updated: 01-03-2023 17:07 by Brettrager, Ashley (Registered Nurse)*