# EXHIBIT D

**Tawas City Police Department --(989) 362-8680**
**1175 W. Lake Street, Tawas City, MI 48763**

Incident No:   **23-77400003**

Status:   **Cleared by Arrest**

| | |
|---|---|
| Date Reported:   **Tue 01/03/2023 19:15:00** | |
| Dispatch Time:   **19:15:00**       Arrival Time:   **19:15:00**     Clear Time:   **20:04:00** | |

Officers:   **BRUNING, RAYMOND**                    Detective:                    Crime Scene Unit:
Classification:   **NONAGGRAVATED ASSAULT -- (13001)**

Location:   **200 HEMLOCK ST, TAWAS CITY (ASCENSION ST**      Section / Nbh:   **/**
**JOSEPH HOSPITAL)**

Description:   **ASSAULT- WEBB**                    Entered:   **BRUNING**

**Arrestee: (13001 NONAGGRAVATED ASSAULT)**

**WEBB, DUSTIN, LLOYD**                  DOB: ▮▮▮   Age: **28**

Ops: ▮
Race:   **Unknown**  Sex:   **Male**                    Ethnicity: **Unknown**
Arrest Information:

| No | Date | Code | Description | Disposition Date | Disposition of Case |
|---|---|---|---|---|---|
| 1 | 01/03/2023 | 1313 | **A & B/SIMPLE ASSAULT** | | |

**Victim: (13001 NONAGGRAVATED ASSAULT)**

**MAY, BOB, STUDLEY**                  DOB: ▮▮▮   Age: **53**
Phone: ▮▮▮

Race:   **Unknown**  Sex:   **Male**                    Ethnicity: **Unknown**

**INITIAL INCIDENT**                  **Reporting Officer: BRUNING, RAYMOND**          01/03/23

LOCATION:

This incident occured at 200 Hemlock St., Tawas City, MI 48763, Iosco County. (Tawas St. Joseph Hospital)

DATE/ TIME:

This incident occured on 01/03/2023 at approximately 1915 hours.

INCIDENT:

I, Officer Bruning, had transported Dustin Lloyd Webb ▮▮▮ to the above location at approximately 1629 hours in accordance with a ▮▮▮ signed by ▮▮▮ on 01/03/2023. Prior to the arrival at the ▮▮▮ Dustin had made statements that he would rather go to jail than be ▮▮▮ and stated that he was going to assault an officer so that he could be arrested rather than go to the ▮▮▮. I was able to talk Dustin in to going peacefully to the ▮▮▮ to talk with some professionals.

At approximately 1915, I returned to the ▮▮▮ to check on Dustin and see how everything was going. Upon entering the ▮▮▮ I observed a stethoscope laying on the ground in the doorway of ▮▮▮ (the ▮▮▮ that Dustin was checked in to) I entered the room to find that ▮▮▮ staff was attempting to detain Dustin. I assisted in detaining Dustin and placed him in handcuffs.

Reported By:   BRUNING, RAYMOND
Page   1   of   14                  Printed   By:   KLOSOWSKI-LORENZ, MATTHEW          Date:      03/25/2026

Incident No:   **23-77400003**

## CONTACT WITH SUSPECT:

Immediately after handcuffing Dustin he stated, "I'm going to jail right, hopefully" I then assisted him to a seat on the ▨▨▨ bed Dustin looked at me, smiled and stated, "I did it" and laughed. Dustin stated that they were ▨▨▨ him so he would rather go to prison. Dustin then asked, "please can I go to prison."

## CONTACT WITH VICTIM:

The victim is Dr. Bob Studley May (12/06/1969.) Dr. May stated that after he notified Dustin that he was going to be ▨▨▨ to a ▨▨▨ ▨▨▨ ▨▨▨ Dustin spit in the Doctor's face then punched the Doctor in the left eye/ face. Dr. May stated that he then pushed Dustin back and attempted to restrain him by pinning him against a wall. Dr. May states that at this point Dustin began trying to gouge the Doctor's face. Dr. May stated that he struck Dustin in the face in an attempt to bring him to the ground.

## CONTACT WITH WITNESSES:

East Tawas Police Officer Snyder and East Tawas Police Officer Kennedy Brock spoke with the witnesses to this event and delivered each of them a witness statement form to complete. I retrieved these statements after lodging Dustin in the Iosco County Jail.

## ARREST:

I handcuffed Dustin behind the back and placed him in the rear of my patrol cruiser. Dustin was taken to the Iosco County Jail where he was lodged without incident. Dustin was issued ticket #TC1578.

## ATTACHED DOCS:

Ticket #1578, witness statements, photographs of victim and suspect, and copy of ▨▨▨.

## CASE STATUS:

Open pending warrant request review.

---

**Images:**
**Victim photo 1 1**



---

Reported By:   BRUNING, RAYMOND

Page   2   of   14

Printed   By:   KLOSOWSKI-LORENZ, MATTHEW          Date:   03/25/2026