# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARGARET GEORGIOU and
   GEORGE GEORGIOU, Co-Guardians  for
DUSTIN L. WEBB,

       Plaintiffs,

v.

COUNTY OF IOSCO, IOSCO COUNTY
   SHERRIF'S DEPARTMENT, ROBERT
   STUDLEY MAY, D. O, (a/k/a Bob May),

      Defendants.

_____/

CIVIL ACTION NO.: 2-25-cv-13990

JUDGE: STEPHEN J. MURPHY, III

**PLAINTIFFS' INITIAL WITNESS LIST AND
LIST OF EXHIBITS**

DALE M. SMITH (P38619)
Attorney for Plaintiffs
808 East Maple Street
Holly, MI 48442 (248) 634-7831
dmslawyer@att.net

TIMOTHY S. FERRAND (P39853)
Attorney for County of Iosco and
  Iosco County Sheriff
19176 Hall Road, Suite 205
Clinton Township, MI 48038 (586) 228-5600
tferrand@cmda-law.com

DAVID C. WIEGEL (P57277)
Attorney for Robert S. May, D. O.
One Woodward Avenue, Suite 2400
Detroit, MI 48226 (313) 965-7415
David.wiegel@kitch.com

     NOW COME Plaintiffs, GEORGE GEORGIOU and MARGARET GEORGIOU, by and through their attorney, Dale M. Smith, and for their Initial Witness List and List of Exhibits state as follows:

## INITIAL WITNESS LIST

Expected to be called:

1.   GEORGE GEORGIOU
     16636 Newberry Court
     Holly, MI 48442
     (248) 408-3132

2.   MARGARET GEORGIOU
     16636 Newberry Court
     Holly, MI 48442
     (2480 408-3132

3.   Dustin Webb
     16636 Newberry Court
     Holly, MI 48442

3.   Dr. Mattew Waack, DO
     University of Michigan Health
     2463 South M-30
     West Branch, MI 48661-9312
     (989) 345-3660

4.   Dr. Marshall Sack, DO
     University of Michigan Health
     2463 South M-30
     West Branch, MI 48661-9312
     (989) 345-3660

5.   Trinity Health Emergency Center
     Family Medicine, Suite 100
     Novi, MI 48375-2947
     (248) 476-0035

6.   Dr. Scott Cressman, MD
     University of Michigan Health
     2463 South M-30
     West Branch, MI 48661-9312
     (989) 345-3660

7.    Andrea L. VanDenBergh
Center for Forensic Psychiatry
8303 Platt Road
Saline, MI 48176
(734) 429-2531

8.    Dana Korwak, LMSVV
Center for Forensic Psychiatry
8303 Platt Road
Saline, MI 48176
(734) 429-2531

9.    Steve and Ida Chester
(address unknown at this time)

10.    Luke Himick
c/o Iosco County Sheriff's Department
428 West Lake Street
Tawas City, MI 48763
(989) 362-6164

11.    Brian Golden
c/o Iosco County Sheriff's Department
428 West Lake Street
Tawas City, MI 48763
(989) 362-6164

12    Mike Schultz
c/o Iosco County Sheriff's Department
428 West Lake Street
Tawas City, MI 48763
(989) 362-6164

13.    Steve Bellows
c/o Iosco County Sheriff's Department
428 West Lake Street
Tawas City, MI 48763
(989) 362-6164

14.    Lorelei Gratopp
c/o Iosco County Sheriff's Department
428 West Lake Street
Tawas City, MI 48763
(989) 362-6164

15.     John Adams
        c/o Iosco County Sheriff's Department
        428 West Lake Street
        Tawas City, MI 48763
        (989) 362-6164

16.     Andrew Salwey
        c/o Iosco County Sheriff's Department
        428 West Lake Street
        Tawas City, MI 48763
        (989) 362-6164

17.     Nurse Jens Ruehrup
        c/o Iosco County Sheriff's Department
        428 West Lake Street
        Tawas City, MI 48763
        (989) 362-6164

18.     Americus Caron
        c/o Iosco County Sheriff's Department
        428 West Lake Street
        Tawas City, MI 48763
        (989) 362-6164

19.  All those persons names in response to any discovery request made by either party

20.  All necessary rebuttal witnesses

21.  All those witnesses revealed during further discovery of this matter

22.  All those witnesses listed by Defendants

23. Plaintiffs reserve the right to amend this Witness List as additional witnesses become known.

        I declare under the penalties of perjury that this Witness List has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

DATED:  July 16, 2026                    /s/Dale M. Smith
                                         Dale M. Smith (P38619)
                                         Attorney for Plaintiffs

## INITIAL LIST OF EXHIBITS

Expected to be presented at Trial:

1. Michigan Health and Human Services records

2. Iosco County Sheriff's Department incident reports

3. Any and all medical records from any of the health care professional identified as potential witnesses

4. Photographs of Dustin Webb

5. Photographs of Defendant May

6. Any and all documents filed in any court action pertaining to Dustin Webb in Iosco County

7. Transcript of Status of Conference held on September 9, 2024 in Iosco County Case Nos. 23-3617-FH and 24-4206-FH

8. Letter from Plaintiffs to Iosco County dated August 10, 2023

9. Victim's Impact Statement

10. My Michigan Health Care records

11. Plaintiffs' October 13, 2023 Report of Incident

12. Transcript of Hearing Regarding Competency held on February 13, 2024 in Iosco County Case No. 23-275-FY

13. Transcript of Miscellaneous Hearing held on November 27, 2023 in Iosco County Case No. 23-3617-FY

14. Trinity Health record dated April 16, 20250

15. All those documents and records attached as any exhibit to any pleading filed in this matter

16. All those documents attached to any discovery requests made by either party

17. All records necessary to rebut witnesses presented by Defendants

18. All those exhibits revealed during further discovery of this matter

19. All those exhibits listed by Defendant

20.  Plaintiffs reserve the right to amend this List of Exhibits as additional exhibits become known.

I declare under the penalties of perjury that this List of Exhibits has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

DATED:  July 16, 2026                                   /s/Dale M. Smith
                                                        Dale M. Smith (P38619)
                                                        Attorney for Plaintiff